AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SISTER CITY LOGISTICS, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 124-148

JOHN FITZGERALD,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 27, 2025, Plaintiff's Second Motion to Remand this case is granted; therefore, this case is remanded to the State Court of Richmond County, Georgia. This case stands closed.

06/27/2025
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020